UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAUNCEY PHILLIPS,

    Plaintiff,

Case No. 1:24-cv-185

v.

HONORABLE PAUL L. MALONEY

UNKNOWN PARTY #1,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  March 28, 2024                      /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge